# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

IN RE:                                         CASE NO: 24-50143-KKS
                                                         CHAPTER 7

**James Eric McMillan,**

    Debtor.

_____/

## MOTION FOR TURNOVER OF DOCUMENTS OF THE DEBTOR

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Trustee, Mary W. Colón, Trustee, P. O. Box 14596, Tallahassee, FL 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, Mary W. Colón, Chapter 7 Trustee, and files this Motion for Turnover of Documents of the Debtor(s) and states as follows:

1. The Debtor filed a Chapter 7 petition for relief under Bankruptcy Code on September 18, 2024.

2. The Section 341 meeting was held on October 21, 2024.

3. The Debtor owns real property located at 208 N. Brandon, Fordyce, AR 71742. Debtor did not exempt the property.

4. At the 341 meeting Trustee requested copies of mortgage statement for the real property owned by Debtor.

5. The Debtor has failed to provide the documents to Trustee.

6. The documents are necessary to evaluate whether assets are available to administer in this estate/what funds, if any, belong to the estate.

7. The Trustee requests that this Court order the Debtor to turnover the items which are the subject of this motion to Trustee within thirty (30) days.

**WHEREFORE,** Mary W. Colón, Chapter 7 Trustee, requests

that this Court require the Debtor to turnover current copies of Debtor's mortgage statements showing the balance owed on the real property within thirty (30) days to Trustee and for such other and further relief as this Court deems proper.

**DATED:** November 6, 2024.

/s/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
Post Office Box 14596
Tallahassee, FL 32317
Florida Bar no. 0184012
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail with postage prepaid to James Eric McMillan, 4716 Firefly Lane, Panama City, FL 32404; and Robert C Bruner, Esq., Bruner Wright, P.A., 2868 Remington Green Circle, Suite B, Tallahassee, FL 32308; and Adisley M. Cortez-Rodriguez, Assistant United States Trustee, Office of the U.S.

Trustee, 110 East Park Ave, Suite 128, Tallahassee, Florida 32301 on November 6, 2024.

                                                  <u>/s/ Mary W. Colón</u>
                                                  Mary W. Colón