UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:  CASE NO. 24-50143-KKS
CHAPTER 7
James Eric McMillan,

    Debtor.
_____/

## APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT REAL ESTATE AGENT, HODNETT REALTY GROUP, AND AUTHORIZATION TO SELL PROPERTY

Mary W. Colón ("Trustee"), Trustee of the bankruptcy estate of the above-named debtor, pursuant to Bankruptcy Code §327 and Rule 2014, FRBP, applies to the Court for entry of an order approving Application by Trustee to Employ and Appoint Real Estate Agent, Hodnett Realty Group, and Authorization to Sell Property (hereinafter as "Agent") for the Trustee under general retainer to sell property of the estate and incur expenses in connection with the sale of such property. The Trustee also applies for authority to retain Agent to provide appraisal and other services to the Trustee in conjunction with the Trustee's efforts to ascertain the market value of the

property, secure the property and otherwise investigate the status of the property, and, as grounds for this motion, represents:

1. Mary W. Colón is duly qualified, appointed and is now acting as the Trustee in the referenced case.

2. The assets of the estate include interest and equity in non-exempt real property shown on schedules as 208 Brandon Street, Fordyce, AR.

3. It is in the best interest of the estate to determine the marketability of and if appropriate, to sell the property at the earliest possible date.

4. If applicant determines to sell property of the estate, Applicant proposes to sell the property through private sale by listing the property with Agent.

5. Agent, is experienced in matters of the character and type of the above referenced case, and the Trustee believes that Agent, is well qualified to represent the Trustee in this proceeding, and Agent, has agreed to do so for a fee of ten percent (10%) of the sales price for unimproved properties and six percent (6%) of the sales price for

improved properties, which is the customary realtor's commission for sales of similar properties in similar locales.

6. Mark Hodnett has been a real estate sales agent for approximately sixteen (16) years and is currently employed with Agent and is well qualified to perform appraisal and other services for the Trustee, including, but not limited to investigating the title, location and nature of the property and liens on the property, locating brokers in other areas for assistance with marketing the property and securing and inspecting the property. A sworn affidavit by Mark Hodnett is attached to this original Application to Employ as Exhibit "A".

7. If the Agent sells property of the Estate, the Trustee requests leave to pay the brokerage commission upon closing of the sale. If Agent performs services for the Trustee and bills for those services on an hourly basis, the Trustee shall submit a fee application requesting leave to pay the fees for such services.

WHEREFORE, Mary W. Colón, the Trustee of the bankruptcy estate of the above-named debtor(s), applies to the Court for entry of an order appointing Hodnett Realty Group, to market the property of

the estate for sale, and/or to perform other services for the Trustee as set forth above, and requests such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED this November 6, 2024.

/s/ Mary W. Colón
MARY W. COLÓN
Chapter 7 Trustee
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, FL 32317
Florida Bar No. 0184012
Phone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail with postage prepaid to James Eric McMillan, 4716 Firefly Lane, Panama City, FL 32404; Robert C Bruner, Esq., Bruner Wright, P.A., 2868 Remington Green Circle, Suite B, Tallahassee, FL 32308; and by electronic mail to Hodnett Realty Group, Attention: Mark Hodnett at mark@hodnettrealty.com this November 6, 2024.

/s/ Mary W. Colón
MARY W. COLÓN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

IN RE:                                CASE NO. 24-50143-KKS
                                        CHAPTER 7

James Eric McMillan,

      Debtor.
_____/

## AFFIDAVIT

The undersigned hereby makes solemn oath:

1. That I am a Real Estate Agent/Broker, Licensed and/or Certified under the laws of the State of Florida, with my office located at 210 W. Main Street, Hampton, Arkansas 71744-8063. My office telephone number is: (870) 798-2840. The name of the firm by which I am employed is HODNETT REALTY GROUP.

2. I have personal knowledge of the items and things set forth in this Affidavit, am over the age of eighteen (18), and am competent to testify to the things set forth herein.

3. To the best of my knowledge, neither I nor my firm have had business, professional or other connection during one year prior and up to the date of the filing of the Chapter 7 petition in this Case



EXHIBIT "A"

with the above-captioned Debtor, his attorneys, any creditor, parties in interest, or the U. S. Trustee which would be adverse to the Debtor or to this Estate in the matters upon which we are to be engaged for the Trustee. We have not had prior professional dealings with Mary W. Colón, Trustee, as Realtor/Sales Agent for the trustee in other Chapter 7 cases in which she was appointed. To the best of my knowledge, I have no other connections with any creditors, parties in interest, or the U.S. Trustee which would be adverse to the Debtor or to this Estate in the matters upon which we are to be engaged for the Trustee.

4. A true copy of my license(s) are attached hereto as Exhibit "A".

DATED this October 31, 2024.

_____
Mark Hodnett, Individually and on
behalf of Hodnett Realty Group

STATE OF ARKANSAS
COUNTY OF Calhoun

SWORN TO and subscribed before me by means of ☑ physical presence or ☐ online notarization, this 1st day of November, 2024, by Mark Hodnett who is personally known to me and who DID take an oath.

_____
NOTARY PUBLIC

Andra Hodnett
Printed or Stamped Name
of Notary Public

(NOTARY PUBLIC SEAL)



# Arkansas Department of Labor and Licensing
# ARKANSAS REAL ESTATE COMMISSION

License No. PB00069050    Issue Date: 01/01/2024    Expiration Date: 12/31/2024

MARK D HODNETT
HODNETT REALTY GROUP
210 W MAIN ST
PO BOX 1065
HAMPTON AR 71744

NOT TRANSFERABLE - Void Unless Exhibited at Place of Business Stated
THIS IS TO CERTIFY THAT the Person named above is duly licensed as a
PRINCIPAL BROKER
unless license is sooner revoked, suspended, canceled or restricted.

Executive Director

**Commissioners**
Suzett Sparks, Chair
Tony W Moore, Vice Chair
Jerry L Halsey, Jr
Eugene Post
Luke Heffley

EXHIBIT "A"