UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                          CASE NO. 24-50143-KKS
                                       CHAPTER 7

**James Eric McMillan,**

    **Debtor.**
_____/

## ORDER APPROVING APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT REAL ESTATE AGENT, HODNETT REALTY GROUP (ECF NO. 21)

THIS CASE came before the Court for hearing on December 17, 2024, on the Application by Trustee to Employ and Appoint Real Estate Agent, Hodnett Realty Group (ECF No. 21, "Application") filed by the chapter 7 trustee Mary W. Colón ("Trustee") to employ a Real Estate Agent for the Trustee. It appears the services of a Real Estate Agent are warranted and will be required to fully administer this case, and that Hodnett Realty Group is qualified to represent the Trustee in this matter.

It is **ORDERED**:

1. The Application is **APPROVED**.

2. Trustee is authorized to employ the above-named entity as Real Estate Agent for the Trustee, to perform all such marketing/listing/sales services as may be necessary in carrying out the Trustee's duties in this case.

3. The Trustee shall not hereafter disburse any monies or transfer any property to the above agent in satisfaction of commission fees incurred during this case except upon further order of this court.

4. Upon completion of her services, the Real Estate Agent shall apply to the court for an award of Real Estate Agent's fees.

5. This Order does not authorize the sale of estate property.

**DONE AND ORDERED** on December 23, 2024 .

_____
Karen K. Specie
Chief U.S. Bankruptcy Judge

Order prepared by: Mary W. Colón, Esq. (Modified in Chambers)

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.